IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PETER GRIGG, | CV 24–113–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| BOWEN GREENWOOD, | |
| Defendant. | |

On February 20, 2025, United States Magistrate Judge Kathleen DeSoto entered Findings and Recommendations with respect to Plaintiff Peter Grigg's civil rights complaint against Defendant Bowen Greenwood, the Clerk of the Montana Supreme Court.  (*See* Docs. 1, 4.)  Having screened Grigg's complaint under 28 U.S.C. § 1915(e)(2), Judge DeSoto found that he fails to state a claim for relief because Greenwood is entitled to quasi-judicial immunity.  (*See* Doc. 4.)  Despite being given the opportunity to do so, *see* 28 U.S.C. § 636(b)(1), Grigg has not filed objections.  Failure to object waives the right to review.  Fed. R. Crim. P. 59(b)(2).  But consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error.  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been

1

committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). Finding no clear error in Judge DeSoto's conclusion that Greenwood is entitled to quasi-judicial immunity for the acts taken in his capacity as the Clerk of Court for the Montana Supreme Court,

IT IS ORDERED that:

(1) The Findings and Recommendation, (Doc. 34), is ADOPTED IN FULL.

(2) Grigg's Complaint is DISMISSED WITH PREJUDICE.

(3) It is CERTIFIED, pursuant to Fed. R. App. P. 24(a)(4)(B), that any appeal from this disposition would not be taken in good faith.

(4) The Clerk is directed to enter, by separate document, a judgment of dismissal.

DATED this 10th day of March, 2025.

_____
Donald W. Molloy, District Judge
United States District Court