IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PETER GRIGG,<br><br>                Plaintiff,<br><br>vs.<br><br>BOWEN GREENWOOD,<br><br>                Defendant. | CV 24-113-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 10, 2025, (Doc. 5), this action is DISMISSED.

Dated this 10th day of March, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman